**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hurliman HVAC, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2739469** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**518 S Dishman Mica Road**
**Spokane, WA 99206**
Number, Street, City, State & ZIP Code

**Spokane**
County

**Mailing address, if different from principal place of business**

**Hurliman HVAC, LLC**
**c/o Kylon Gienger**
**5515 Skyview Dr**
**Missoula, MT 59803**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.hurlimanheating.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 1 of 89

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___2382___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 2 of 89

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 3 of 89

| Debtor | Hurliman HVAC, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2026**
MM / DD / YYYY

**X** /s/ Teliah Gienger          **Teliah Gienger**

Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** /s/ Elizabeth M. McBride        Date **March 20, 2026**

Signature of attorney for debtor          MM / DD / YYYY

**Elizabeth M. McBride 16035**
Printed name

**Elizabeth M. McBride, P.S. Corp.**
Firm name

**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
Number, Street, City, State & ZIP Code

Contact phone   **(509) 838-0435**     Email address   **lisa@lisamcbride.com**

**16035 WA**
Bar number and State

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 4 of 89

**Fill in this information to identify the case:**

Debtor name    **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule* _____
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration    **List of Assets**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2026**         X **/s/ Teliah Gienger**
                                           Signature of individual signing on behalf of debtor

                                           **Teliah Gienger**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................    $     **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................................    $     **884,146.01**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...........................................................................................    $     **884,146.01**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **4,162,885.67**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **1,437,095.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **4,681,249.99**

4.  **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b    $     **10,281,230.85**

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 6 of 89

**Fill in this information to identify the case:**

Debtor name **Hurliman HVAC, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   |---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | US Bank accounts Department of Revenue has placed a hold on the account | business checking | 7502 | $5,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$5,000.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software office furniture, computers and decor. secured to UCC filing Northwest Bank- list attached** | **$0.00** | **Comparable sale** | **$16,750.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                 **$16,750.00**
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 8 of 89

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2008 Chevy Express G2 Cargo Van Vin#1GCGG25C581173205 Purccased 09/23/2024** | **Unknown** | **Comparable sale** | **$4,000.00** |
| 47.2. | **2019  CNCG Cargo Trailer 5NHUVH421KF712396 Purchased 2/7/2024 Plate 07546AH** | **Unknown** | **Comparable sale** | **$3,000.00** |
| 47.3. | **2005 INTT Cargo Utility Trailer VIN 4RACS14255N038372** | **Unknown** | **Comparable sale** | **$2,500.00** |
| 47.4. | **2023 Chevrolet Express G2500 Cargo Van Vin 1GCWGBFP3P1216953 Plate D89018E  Purchased 7/12/2024** | **Unknown** | **Comparable sale** | **$29,000.00** |
| 47.5. | **2023 Chevy Express G3500 Cutaway VIN 1GB0GRFP8P1226252 Plate D89019E Purchased 07/12/2024** | **$0.00** | **Comparable sale** | **$40,000.00** |
| 47.6. | **2008 Ford Econoline Cargo Van 1FTNE24WX8DA93843 Plate C91470Y Purchased 02/07/2024** | **$0.00** | **Comparable sale** | **$500.00** |
| 47.7. | **2019 CRITT Enclosed Cargo Trailer 7HVBE1628KA001104 Plate 07545AH Purchased 2/8/2024** | **$0.00** | | **$3,000.00** |
| 47.8. | **2009 Chevy Silverado Pickup Truck VIN 1GCHK54K89E124314 Plate C91479Y** | **$0.00** | **Comparable sale** | **$5,000.00** |
| 47.9. | **2018 Chevy Express G2500 Cargo Van 1GCWGAFG4J1911301 Plate D37181B Purchased 11/17/2023** | **$0.00** | **Comparable sale** | **$15,000.00** |
| 47.10. | **2016 Ford F150 Pickup Truck 1FTEW1EP7GFB46452 Plate D89021E Purchased 07/11/2025** | **$0.00** | **Comparable sale** | **$12,000.00** |
| 47.11. | **2008 Ford F250 Pickup Truck  VIN 1FTNX20508EA55703 Plate C47856Z Purchased 04/16/2024** | **$0.00** | **Comparable sale** | **$3,500.00** |
| 47.12. | **2012 Chevy Express G2500 Cargo Van VIN 1GCWGFCA1C1182514 Plate C91458Y Purchased 1/08/2024** | **$0.00** | **Comparable sale** | **$9,000.00** |

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 9 of 89

| | | | |
|---|---|---|---|
| 47.13· | **2021 Ford F150 Pickup Truck VIN 1FTFW1E84MFA62341 Plate D89020E Purchased 7/12/2024** | $0.00    Comparable sale | $25,000.00 |
| 47.14· | **2023 Chevy Express G3500 Cutaway VIN 1GB0GRFP5P1226774 Plate D89023E Purchased 07/12/2024** | $0.00    Comparable sale | $40,000.00 |
| 47.15· | **2021 Ford F150 Pickup VIN 1FTEW1E8XMFB89336 Plate D89022E Purchased 7/12/2024** | $0.00    Comparable sale | $25,000.00 |
| 47.16· | **2007 Chevy Silverado Pickup VIN 1GCHK29UX7E119461 Plate D65283A Purchased 11/27/2023** | $0.00    Comparable sale | $2,500.00 |
| 47.17· | **2007 Ford Econoline Cargo Van VIN 1FTNE24L27DA44155 Plate C91461Y purchased 02/08/2024** | $0.00    Comparable sale | $7,000.00 |
| 47.18· | **2005 Ford Econoline Cargo Van VIN 1FTNE24L84HB41060 Plate C91460Y Purchased 01/08/2024** | $0.00    Comparable sale | $5,000.00 |
| 47.19· | **2003 Ford Econoline Cutaway Vin 1FDSE35LX3HA06629 Plate C91459Y Purchased 02/08/2024** | $0.00    Comparable sale | $1,000.00 |
| 47.20· | **2017 Chevy Express G2500 Cargo Van 1GCWGAFF1H1164628 Plate CDW5213 Purchased 06/27/2024** | $0.00    Comparable sale | $12,000.00 |
| 47.21· | **2019 FRHT Sprinter Cargo Van VIN WDYPF0CD7KP036049 Plate CJG2656 Purchased 06/27/2024** | $0.00    Comparable sale | $25,000.00 |
| 47.22· | **2017 Ford F150 Pickup VIN 1FTEW1EF5HFB55644 Plate D66289C Purchased 03/13/2024** | $0.00    Comparable sale | $13,000.00 |
| 47.23· | **2023 Chevy Silverado Pickup 2GC4YREY7P1725235 Plate D20101D Leased 06/27/2024** | $0.00    Comparable sale | $21,000.00 |
| 47.24· | **2021 Ford F150 Pickup VIN 1FTEW1EB1MKD48436 Plate D68745C Purchased 06/06/2024** | $0.00    Comparable sale | $25,000.00 |
| 47.25· | **2017 Chevy Express G2500 Cargo Val 1GCWGAFF2H1128897 Plate D15668A Purchased 06/06/2024** | $0.00    Comparable sale | $12,000.00 |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 10 of 89

| | | | | |
|---|---|---|---|---|
| 47.26. | **2021 Ford F150 Pickup VIN 1FTFW1E84MFA62226 Plate D20102D Purchased 06/27/2024** | **$0.00** | **Comparable sale** | **$25,000.00** |
| 47.27. | **2023 Chevy Express Cargo Van VIN 1GCWGAFP2P1249534** | **$0.00** | **Comparable sale** | **$28,000.00** |
| 47.28. | **2019 Chevy Express VanVin 1GCWGAFG4K119551** | **$0.00** | | **$15,000.00** |
| 47.29. | **2023 Chevy Express Van** | **$0.00** | **Comparable sale** | **$23,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Equipment- Being inventoried and priced by auction agent- Northwest Bank secured with UCC -SBA loan see list attached**  **$0.00**  **Comparable sale**  **$259,750.00**

51. **Total of Part 8.**  **$690,750.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 9:  **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

Part 10:  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

26-00501-FPC7  Doc 1  Filed 03/20/26  Entered 03/20/26 15:50:13  Pg 11 of 89

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**
    customer list for Hurliman | **Unknown** | | **$25,000.00**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** | **$25,000.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 11:  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Baker Construction, general contractor woed debtor final billing of $48,092.26. Work to finish debtor portion of subcontract to be done by other Baker hired sub. Unknown what portion of the account payable will remain.  Any recievable subject to Northwest Bank UCC superior position** | **Unknown**

    | Nature of claim | offset work payment |
    | Amount requested | $0.00 |

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 12 of 89

**Project Sunshine at Raymond, Blews Construction
26435 N Spotted Rd Deer Park Wa 99006 owes
$84,054.38 for work performed and completed prior to
February 28, 2026
subject to Northwest Bank secured position**                                                                **$84,054.38**

| Nature of claim | account receivable |
| --- | --- |
| Amount requested | $0.00 |

**VA Spokane CLC Renovation Project Retention held in
unknown amount. If**                                                                             **Unknown**

| Nature of claim | |
| --- | --- |
| Amount requested | $0.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **balance owed by TW Clark on Spokane Water Meter
       project billed $50,806.15**                                                       **$50,806.15**

       **ratainage on Chase Middle School Project Dept of
       Revenue may have lien**                                                            **$11,785.48**

78.    **Total of Part 11.**                                                              **$146,646.01**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 13 of 89

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $690,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $146,646.01 | |
| 91. **Total.** Add lines 80 through 90 for each column | $884,146.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $884,146.01 |

Debtor name    **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Ally Bank** <br> Creditor's Name <br> **PO Box 8128** <br> **Cockeysville, MD** <br> **21030-8125** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **2021 Ford F150 Pickup VIN 1FTFW1E84MFA62226 Plate D20102D Purchased 06/27/2024** | **$31,245.18** | **$25,000.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
| --- | --- | --- | --- |
| **2.2** **Ally Financial** <br> Creditor's Name <br> **PO Box 8125** <br> **Cockeysville, MD** <br> **21030-8125** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **2016 Ford F150 Pickup Truck 1FTEW1EP7GFB46452 Plate D89021E Purchased 07/11/2025** | **$20,823.78** | **$12,000.00** |

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 8125 Cockeysville, MD 21030-8125**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2021 Ford F150 Pickup Truck VIN 1FTFW1E84MFA62341 Plate D89020E Purchased 7/12/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$33,894.85**          **$25,000.00**

---

| 2.4 | **Ally Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 8128 Cockeysville, MD 21030-8125**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2019 FRHT Sprinter Cargo Van VIN WDYPF0CD7KP036049 Plate CJG2656 Purchased 06/27/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$32,995.68**          **$25,000.00**

---

| 2.5 | **CTCNA Collection Agent** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 9000 Lutherville Timonium, MD 21094-9000**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2023 Chevy Silverado Pickup 2GC4YREY7P1725235 Plate D20101D Leased 06/27/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

**$0.00**          **$21,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. CTCNA Collection Agent**
**2. GM Financial**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | | | |
|---|---|---|---|

**GM FINANCIAL**
Creditor's Name

**PO BOX 1510**
**Cockeysville, MD**
**21030-7510**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**2018 Chevy Express G2500 Cargo Van**
**1GCWGAFG4J1911301 Plate D37181B**
**Purchased 11/17/2023**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$21,093.01     $15,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | | | |
|---|---|---|---|

**GM Financial**
Creditor's Name

**PO Box 1510**
**Cockeysville, MD**
**21030-7510**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**2017 Ford F150 Pickup VIN**
**1FTEW1EF5HFB55644 Plate D66289C**
**Purchased 03/13/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$23,215.15     $13,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.8** | **GM Financial** | **Describe debtor's property that is subject to a lien** | $29,120.79 $25,000.00 |

Creditor's Name

**PO Box 1510 Cockeysville, MD 21030-7510**
Creditor's mailing address

**2021 Ford F150 Pickup VIN 1FTEW1EB1MKD48436 Plate D68745C Purchased 06/06/2024**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.9** | **GM Financial** | **Describe debtor's property that is subject to a lien** | $9,974.00 $21,000.00 |

Creditor's Name

**PO Box 1510 Cockeysville, MD 21030-7510**
Creditor's mailing address

**2023 Chevy Silverado Pickup 2GC4YREY7P1725235 Plate D20101D Leased 06/27/2024**

**Describe the lien**

**leased vehicle being returned to GM at filing**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.10** | **IDAHO CENTRAL CREDIT UNION** | **Describe debtor's property that is subject to a lien** | $53,569.54 $40,000.00 |

Creditor's Name

**PO BOX 2469 Pocatello, ID 83206-2469**
Creditor's mailing address

**2023 Chevy Express G3500 Cutaway VIN 1GB0GRFP8P1226252 Plate D89019E Purchased 07/12/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 18 of 89

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**   **IDAHO CENTRAL CREDIT UNION**
Creditor's Name

**PO BOX 2469**
**Pocatello, ID 83206-2469**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Chevy Express G3500 Cutaway VIN 1GB0GRFP5P1226774 Plate D89023E Purchased 07/12/2024**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$53,781.53     $40,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**   **IDAHO CENTRAL CREDIT UNION**
Creditor's Name

**PO BOX 2469**
**Pocatello, ID 83206-2469**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Ford F150 Pickup VIN 1FTEW1E8XMFB89336 Plate D89022E Purchased 7/12/2024**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$34,814.00     $25,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**   **Mitsubishi HC Capital America**

**Describe debtor's property that is subject to a lien**

$66,651.21     $28,000.00

---

Creditor's Name

**21925 Network Place
Chicago, IL 60673-1219**

Creditor's mailing address

**2023 Chevy Express Cargo Van VIN
1GCWGAFP2P1249534**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6001**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.14 | **Navitas Credit Corp** | Describe debtor's property that is subject to a lien | $63,437.90 | $29,000.00 |

Creditor's Name

**201 Executive Center Dr
Suite 100
Columbia, SC 29210-8410**

Creditor's mailing address

**2023 Chevrolet Express G2500 Cargo Van Vin
1GCWGBFP3P1216953
Plate D89018E Purchased 7/12/2024**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.15 | **Northwest Bank** | Describe debtor's property that is subject to a lien | $0.00 | $3,000.00 |

Creditor's Name

**1745 W Tilford Lane
Coeur D Alene, ID
83814-7062**

Creditor's mailing address

**2019 CNCG Cargo Trailer
5NHUVH421KF712396 Purchased 2/7/2024
Plate 07546AH**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 20 of 89

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.16 | | | |
|---|---|---|---|

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2005 INTT Cargo Utility Trailer VIN 4RACS14255N038372**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00          $2,500.00

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.17 | | | |
|---|---|---|---|

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2008 Ford Econoline Cargo Van 1FTNE24WX8DA93843 Plate C91470Y Purchased 02/07/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00          $500.00

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.18 | | | |
|---|---|---|---|

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**

**Describe debtor's property that is subject to a lien**
**2019 CRITT Enclosed Cargo Trailer 7HVBE1628KA001104 Plate 07545AH Purchased 2/8/2024**

$0.00          $3,000.00

26-00501-FPC7     Doc 1     Filed 03/20/26     Entered 03/20/26 15:50:13     Pg 21 of 89

Creditor's mailing address          **Describe the lien**
                                    _____

                                    **Is the creditor an insider or related party?**

                                    ■ No
Creditor's email address, if known   ☐ Yes
                                    **Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No

                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an     As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
                                    ☐ Contingent
■ No                                 ☐ Unliquidated
☐ Yes. Specify each creditor,        ☐ Disputed
including this creditor and its relative
priority.

---

**2.19**

**Northwest Bank**                  **Describe debtor's property that is subject to a lien**     **$0.00**          **$5,000.00**
Creditor's Name
**1745 W Tilford Lane                2009 Chevy Silverado Pickup Truck VIN**
Coeur D Alene, ID                   **1GCHK54K89E124314 Plate C91479Y**
83814-7062**
Creditor's mailing address          _____

                                    **Describe the lien**
                                    _____

                                    **Is the creditor an insider or related party?**

                                    ■ No
Creditor's email address, if known   ☐ Yes
                                    **Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No

                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an     As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
                                    ☐ Contingent
■ No                                 ☐ Unliquidated
☐ Yes. Specify each creditor,        ☐ Disputed
including this creditor and its relative
priority.

---

**2.20**

**Northwest Bank**                  **Describe debtor's property that is subject to a lien**     **$0.00**          **$3,500.00**
Creditor's Name
**1745 W Tilford Lane                2008 Ford F250 Pickup Truck  VIN**
Coeur D Alene, ID                   **1FTNX20508EA55703 Plate C47856Z**
83814-7062**                        **Purchased 04/16/2024**
Creditor's mailing address          _____

                                    **Describe the lien**
                                    _____

                                    **Is the creditor an insider or related party?**

                                    ■ No
Creditor's email address, if known   ☐ Yes
                                    **Is anyone else liable on this claim?**

**Date debt was incurred**           ■ No

                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an     As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

26-00501-FPC7     Doc 1     Filed 03/20/26     Entered 03/20/26 15:50:13     Pg 22 of 89

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2 1**

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Chevy Express G2500 Cargo Van VIN 1GCWGFCA1C1182514 Plate C91458Y Purchased 1/08/2024**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$9,000.00**

---

**2.2 2**

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2007 Ford Econoline Cargo Van VIN 1FTNE24L27DA44155 Plate C91461Y purchased 02/08/2024**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$7,000.00**

---

**2.2 3**

**Northwest Bank**
Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2005 Ford Econoline Cargo Van VIN 1FTNE24L84HB41060 Plate C91460Y Purchased 01/08/2024**

**Describe the lien**

**$0.00** **$5,000.00**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.24 | Northwest Bank | Describe debtor's property that is subject to a lien | $0.00 | $1,000.00 |
|------|----------------|-----------------------------------------------------|-------|-----------|

Creditor's Name

**1745 W Tilford Lane Coeur D Alene, ID 83814-7062**

Creditor's mailing address

**2003 Ford Econoline Cutaway Vin 1FDSE35LX3HA06629 Plate C91459Y Purchased 02/08/2024**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.25 | Northwest Bank | Describe debtor's property that is subject to a lien | $3,636,459.30 | Unknown |
|------|----------------|-----------------------------------------------------|---------------|---------|

Creditor's Name

**4900 Meadows Road  Ste 410 Lake Oswego, OR 97035**

Creditor's mailing address

**titles to vehicles listed  under Northwest Bank  and extensive UCC collateral list**

**Describe the lien**

**UCC filing 12/30/2021**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**12/21/2021**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8438**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **US Bank** | **Describe debtor's property that is subject to a lien** | **$8,620.74** | **$12,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2017 Chevy Express G2500 Cargo Val 1GCWGAFF2H1128897 Plate D15668A Purchased 06/06/2024**

**PO Box 679**
**Wilmington, OH 45177-0679**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **US Bank** | **Describe debtor's property that is subject to a lien** | **$9,904.00** | **$15,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2019 Chevy Express VanVin 1GCWGAFG4K119551**

**PO Box 4493**
**Portland, OR 97208-4493**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **US Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$24,000.00** | **$23,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**2023 Chevy Express Van**

**PO Box 709448**
**Saint Louis, MO 63179**

Creditor's mailing address

**Describe the lien**
**title**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**2024**

**Last 4 digits of account number**
**6968**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.29 | **US Bank National Association** | | | |
|---|---|---|---|---|

Creditor's Name

**1850 Osborn Ave Oshkosh, WI 54902-6197**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2017 Chevy Express G2500 Cargo Van 1GCWGAFF1H1164628 Plate CDW5213 Purchased 06/27/2024**

$9,285.01     $12,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$4,162,885.67

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jason Ayres**<br>**Foster Garvey PC**<br>**121 SW Morrison St 11th Floor**<br>**Portland, OR 97204** | Line **2.25** | |
| **US SMALL BUSINESS ADMIN**<br>**ATTN: DISTRICT COUNSEL**<br>**2401 FOURTH AVE STE 450**<br>**SEATTLE, WA 98121** | Line **2.25** | |

**US SMALL BUSINESS ADMIN**
**National Disaster Loan Resolution C**
**200 W Santa Ana Blvd Ste 740**
**Santa Ana, CA 92701**

Line __2.25__

**US Small Business Administration**
**PO Box 3918**
**Portland, OR 97208-3918**

Line __2.25__

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 27 of 89

Debtor name      **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Adrian Hardersen**<br>**245 ZN Columbia St**<br>**Post Falls, ID 83854-7198** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,109.90** | **$1,109.90** |
| Date or dates debt was incurred | Basis for the claim: | | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |
| **2.2** Priority creditor's name and mailing address<br>**Alec Christopher Larson**<br>**10213 S Greengate Ln**<br>**Medical Lake, WA 99022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$489.38** | **$489.38** |
| Date or dates debt was incurred | Basis for the claim: | | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 28 of 89

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address **Andrew Price** **12820 E Mansfield Ave Apt 173** **Spokane, WA 99216-5191** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,586.88 | $1,586.88 |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address **Austin Garcia** **809 Birch** **Coulee Dam, WA 99116** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $238.03 | $238.03 |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address **Benjamin Gladhart** **9905 N Whittier St** **Spokane, WA 99218** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,428.20 | $1,428.20 |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address **Blake Smith** **307 E Liberty Ave** **Spokane, WA 99207** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,960.14 | $1,960.14 |

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 29 of 89

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.90 | $756.90 |
|---|---|---|---|---|

**Brandon Duford**
**1001 S Adams Rd**
**Veradale, WA 99037-9604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.14 | $1,960.14 |
|---|---|---|---|---|

**Cameron Wentz**
**16102 E Broadway Ave Apt M207**
**Veradale, WA 99037-9840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,112.70 | $1,112.70 |
|---|---|---|---|---|

**Charles Oxstien**
**6897 Wynecoop Cayuse Mountain Rd**
**Wellpinit, WA 99040-5146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.09 | $803.09 |
|---|---|---|---|---|

**Darrin Tawney**
**124 W Central Ave**
**Spokane, WA 99205-6222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 30 of 89

| | | |
|---|---|---|
| 2.11 | Priority creditor's name and mailing address **David Azar** **10205 E Main Ave Apt 34** **Spokane, WA 99206-3758** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$261.00  $261.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.12 | Priority creditor's name and mailing address **Dept of Labor and Industries** **PO Box 44460** **Olympia, WA 98504-4460** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$250.00  $250.00

Date or dates debt was incurred
**4/4/2023**

Basis for the claim:
**penalty failure to supervise trainee electrical**

Last 4 digits of account number **9754**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.13 | Priority creditor's name and mailing address **Dept of Labor and Industries** **PO Box 44460** **Olympia, WA 98504-4460** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$141.00  $141.00

Date or dates debt was incurred
**2025**

Basis for the claim:

Last 4 digits of account number **7338**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| | | |
|---|---|---|
| 2.14 | Priority creditor's name and mailing address **Dept of Labor and Industries** **PO Box 44460** **Olympia, WA 98504-4460** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$2,500.00  $2,500.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**noncompliance**

Last 4 digits of account number **7132**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 31 of 89

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.88 | $1,586.88 |

**Douglas Bloomquist**
**1628 E Nebraska Ave**
**Spokane, WA 99208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.50 | $739.50 |

**Eric Anderson**
**1624 N Bowdish Rd #A205**
**Spokane, WA 99206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.88 | $1,586.88 |

**Gabriel Meyer**
**11716 E Cataldo**
**Spokane Valley, WA 99206-4922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.76 | $2,375.76 |

**Gregory Lawson**
**902 E 5th Ave**
**Spokane, WA 99202-2304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,753.23 | $1,753.23 |
|---|---|---|---|---|

**Hilarino Rodriguez Garcia**
**4724 N Belt St**
**Spokane, WA 99205-5665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,105.00 | $4,105.00 |
|---|---|---|---|---|

**Idaho State Tax Commission**
**Collection Division**
**PO Box 1014**
**Lewiston, ID 83501-1014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.54 | $1,507.54 |
|---|---|---|---|---|

**Isaac Roberts**
**523 E Emma St**
**Rockford, WA 99030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,836.40 | $1,836.40 |
|---|---|---|---|---|

**Jacob Richards**
**W813 Carlisle Ave**
**Spokane, WA 99205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 33 of 89

| | | |
|---|---|---|
| **2.23** Priority creditor's name and mailing address<br>**Jaiden McGraw**<br>**1608 South Riverton Ave**<br>**Spokane, WA 99207-5152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,081.90**    **$1,081.90** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | |
|---|---|---|
| **2.24** Priority creditor's name and mailing address<br>**Jamie Medcalf**<br>**302 W Auburn Crest Ct**<br>**Spokane, WA 99224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.00**    **$174.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | |
|---|---|---|
| **2.25** Priority creditor's name and mailing address<br>**Jason Gamache**<br>**303 W Cascade Way**<br>**Spokane, WA 99208-6007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,753.23**    **$1,753.23** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | |
|---|---|---|
| **2.26** Priority creditor's name and mailing address<br>**Jeffrey Sheehan**<br>**24505 S Pine Spring Rd**<br>**Cheney, WA 99004-8861** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,753.23**    **$1,753.23** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,836.40 | $1,836.40 |

**Jeremy Hall**
**8519 W Dahl Rd**
**Deer Park, WA 99006-9589**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | $635.72 | $635.72 |

**Jonah Gartner**
**2000 N Winrock St**
**Liberty Lake, WA 99019-5130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $2,002.39 | $2,002.39 |

**Kyle Miller**
**515 E Frisbie Way**
**Rockford, WA 99030-9726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | $1,811.90 | $1,811.90 |

**Laura Velazquez-Diadone**
**824 Steptoe View Ln**
**Cheney, WA 99004-8007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.88**    **$360.88** |

**Mathew Driscoll**
**215 S Conklin Rd Apt B11**
**Spokane Valley, WA 99037-0045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$540.27**    **$540.27** |

**Mihail Alexander Pankov**
**4005 E Rich Ave**
**Spokane, WA 99217-6763**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,309.18**    **$1,309.18** |

**Neil Gomez**
**1513 N Wilbur Rd**
**Spokane, WA 99206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$634,995.80**    **Unknown** |

**Northwest Sheet Metal Workers**
**Trust**
**1322 N Post Place**
**Spokane, WA 99201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 36 of 89

| 2.35 | Priority creditor's name and mailing address **Northwest Sheet Metal Workers Trust** **1322 N Post Place** **Spokane, WA 99201** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$460,745.45** | **$17,150.00** |

Date or dates debt was incurred

Basis for the claim:
**Settlement Agreement with NW Sheet Metal Workers Welfare Fund, NW Sheet Metal Workers Pension Fund, NW Sheet Metal Workers Supplemental Pension Trust and Sheet Metal Workers Local 55**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.36 | Priority creditor's name and mailing address **Paul Patrick Drew** **403 S Eastern Rd** **Spokane Valley, WA 99212-5011** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$239.25** | **$239.25** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.37 | Priority creditor's name and mailing address **Raymond Terrill** **1040 N Shannon Ln** **Post Falls, ID 83854-6009** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,914.11** | **$1,914.11** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.38 | Priority creditor's name and mailing address **Robert Cook** **12016 N Greene St** **Mead, WA 99021-6023** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,175.50** | **$2,175.50** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 37 of 89

**2.39** | Priority creditor's name and mailing address
**Sean Middleton**
**1003 E Everett Ave**
**Spokane, WA 99207-3328**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,081.80 | $2,081.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.40** | Priority creditor's name and mailing address
**SPOKANE COUNTY TREASURER**
**PO Box 199**
**Spokane, WA 99210-0199**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$170.75 | $170.75

Date or dates debt was incurred
**2026**

Basis for the claim:
**personal property tax**

Last 4 digits of account number **0892**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.41** | Priority creditor's name and mailing address
**Stephen Lenneman**
**5961 N Pinegrove Dr**
**Coeur D Alene, ID 83815-8986**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,003.09 | $2,003.09

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.42** | Priority creditor's name and mailing address
**Talon Jones**
**826 S Lincoln Pl**
**Spokane, WA 99204-2920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$974.40 | $974.40

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 38 of 89

| 2.43 | Priority creditor's name and mailing address **Tyson Cooper** **210 S Hallett St** **Medical Lake, WA 99022-8108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $753.63 | $753.63 |

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| 2.44 | Priority creditor's name and mailing address **WASHINGTON ST  DEPT OF REVENUE** **PO BOX 34052** **SEATTLE, WA 98124-1052** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $287,693.76 | $263,062.73 |

Date or dates debt was incurred

**2025**

Basis for the claim:
**lien 117588 18 Nov 2025 $219,303.51**
**lien 118320 ( Dec 2025 $68,390.25**

Last 4 digits of account number **9754**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | **Nonpriority creditor's name and mailing address** **1st Class Office Solutions** **713 N Hogan St** **Spokane, WA 99202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$176.66** |

| 3.2 | **Nonpriority creditor's name and mailing address** **Abadan Reprographics and Imaging** **603 E 2nd Avenue** **Spokane, WA 99202** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$104.25** |

| 3.3 | **Nonpriority creditor's name and mailing address** **ACI Mechanical and HVAC Sales** **3633 E  Rowan Ave** **Spokane, WA 99217** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:  Current $3,470.00** **1-30  $12,810.00** **31-60 $9,462.00** **61-90 $16,046.61** **91 and over $46,259.40** Is the claim subject to offset? ■ No  ☐ Yes | **$88,048.01** |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,587.35** |
|---|---|---|---|

**Action Fasteners & Supply**
**15817 E Trent Avenue Ste 101**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Advanced Technology Construction**
**3828 E Portland Ave**
**Tacoma, WA 98404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **balance of work on VA  Spokane CLC Renovation Project.  Completed except for work Test and Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,411.00** |
|---|---|---|---|

**Air Commander Test & Balance LLC**
**1521 N Argonne Rd Suite C254**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,096.00** |
|---|---|---|---|

**Airgas Store**
**4230 E Trent Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84,250.00** |
|---|---|---|---|

**AirReps**
**1710 N Calsipel St**
**Spokane, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **1-30 $18,950.00**
**31-60 $63,190.00**
**61-90 $2,110.00**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$112.05** |
|---|---|---|---|

**Alsco**
**1923 N Waterworks St**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/2026**

**Last 4 digits of account number** _

**Basis for the claim:  uniform rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,995.50** |
|---|---|---|---|

**Ascent Mecchanical & Plumbing, INC**
**764 S Clearwater Loop**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 40 of 89

Debtor **Hurliman HVAC, LLC**
_____ Case number (if known) _____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,497.00 |
|---|---|---|---|
| | **Associated Builders & Contractors**<br>**1760 E Trent Ave.**<br>**Spokane, WA 99202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,076.65 |
|---|---|---|---|
| | **Atkinson AndelsonLoya Ruud & Romo**<br>**12800 Center Court Dr Ste 300**<br>**Cerritos, CA 90703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2025** | **Basis for the claim:** **Attorneys** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,800.00 |
|---|---|---|---|
| | **Automated Logic Contracting Service**<br>**1150 Roberts Blvd**<br>**Kennesaw, GA 30144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **November -December 2025** | **Basis for the claim:** **Design of hvac systems**<br>**61-90 $490.00**<br>**91-120 $9,310.00** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.94 |
|---|---|---|---|
| | **Azuga, Inc**<br>**2570 1st St Ste 200**<br>**San Jose, CA 95131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **02-2026** | **Basis for the claim:** **Fleet tracking software** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Baker Construction & DevelopmentInc**<br>**2711 E Sprague Ave**<br>**Spokane, WA 99202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/2026** | **Basis for the claim:** **any possible liability left unresolved** | |
| | Last 4 digits of account number **subcontract on Signal Point** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,376.07 |
|---|---|---|---|
| | **Barnhart Crane & Rigging**<br>**6164 W Bedrock Road**<br>**Post Falls, ID 83854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **November 2025-2-2026** | **Basis for the claim:** **1-30 $5,761.37**<br>**91 & over $5,614.70** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|---|
| | **Black Sheep Holdings, LLC**<br>**5515 Skyview Dr**<br>**Missoula, MT 59803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **loan unsecured**<br>**business owned by Teliah and Kylon Gienger** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 41 of 89

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Black Sheep Holdings, LLC**
**5515 Skyview Dr**
**Missoula, MT 59803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **loan to Hurliman**

Is the claim subject to offset? ■ No ☐ Yes

**$361,100.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Campbell & Bissell PLLC**
**820 W 7th Ave**
**Spokane, WA 99204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **legal services**
**1-30 $1,470.00**
**31-60 $1,217.35**
**61-90 $385.00**
**91 & over $6,319.00**

Is the claim subject to offset? ■ No ☐ Yes

**$11,376.07**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Christopher Norman**
**3617 S Clinton Rd**
**Spokane, WA 99206**

Date(s) debt was incurred **2025**

Last 4 digits of account number **0102**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **small claims suit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,572.67**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Church of Jesus Christ of Latter**
**401 W Regina Ave**
**Spokane, WA 99218-7000**

Date(s) debt was incurred **11/04/2025**

Last 4 digits of account number **0101**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **project Spokane North Stake Center**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Codify Solutions**

Date(s) debt was incurred **02/2026**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **software**

Is the claim subject to offset? ■ No ☐ Yes

**$2,625.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Conseal Containers LLC**
**3811 E Queen Ave te A**
**Spokane, WA 99217**

Date(s) debt was incurred **2025-26**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **1-30 $490.29**
**31-60 $409.29**
**61-90 $490.29**
**91 & over $1.879.94**

Is the claim subject to offset? ■ No ☐ Yes

**$3,350.81**

---

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 42 of 89

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Consolidated Electrical Distributor**<br>**3333 E Main Ave**<br>**Spokane, WA 99202**<br>**Date(s) debt was incurred  02/2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  electrical supplies**<br>Is the claim subject to offset? ■ No ☐ Yes | **$957.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Control Solutions Northwest, Inc**<br>**7222 E Nora Ave**<br>**Spokane, WA 99212**<br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  building systems supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,988.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Divvy Credit**<br>**6220 American Center Dr Suite 100**<br>**Alviso, CA 95002**<br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  credit account**<br>Is the claim subject to offset? ■ No ☐ Yes | **$227,173.05** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Dorse and Company, Inc**<br>**5000 1st Ave S**<br>**Seattle, WA 98134**<br>**Date(s) debt was incurred  March 2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  HVAC supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,439.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**DUNN & BLACK PS**<br>**BANNER BANK BLDG**<br>**111 N POST STE 300**<br>**SPOKANE, WA 99201**<br>**Date(s) debt was incurred  2025-2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  1-30 $3,576.32**<br>**31-60 $1,217.35**<br>**61-90 44,122.68**<br>**legal services on lawsuit**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,916.35** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Exchange Publishing LLC**<br>**PO Box 11813**<br>**Spokane, WA 99211**<br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$339.64** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Ferguson Enterprises Airefco**<br>**2304 N Dollar Rd**<br>**Spokane, WA 99212**<br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$99.00** |

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 43 of 89

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,732.88 |
|---|---|---|---|

**Ferguson Enterprises Airefco**
**2304 N Dollar Rd**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **promissory note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,724.44 |
|---|---|---|---|

**Ferguson Enterprises Airefco**
**2304 N Dollar Rd**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,386.18 |
|---|---|---|---|

**Filterbuy**
**101 Pope St**
**Talladega, AL 35160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025-2026**

Last 4 digits of account number _

Basis for the claim:  **furnance filter supplier**
**current $387,99**
**1-30 $289.72**
**31-60 $793.04**
**61-90 $869.64**
**91 & over $2,046.78**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,853.17 |
|---|---|---|---|

**Fire Protection Specialists**
**1611 N Molter Rd Ste 202**
**Liberty Lake, WA 99019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/2026**

Last 4 digits of account number _

Basis for the claim:  **fire alarm supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 |
|---|---|---|---|

**First Advantage**
**1 Concourse Pkwy Ste 200**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **drug screening and background check**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,163.79 |
|---|---|---|---|

**FR Technologies**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2026**

Last 4 digits of account number _

Basis for the claim:  **30-60 $4,165.96**
**60-91 $38,997.83**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,642.50** |
|---|---|---|---|

**Friedrich & Dishaw PLLC**
**92 Lenora St #119**
**Seattle, WA 98121**

Date(s) debt was incurred **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys surety bond and liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,116.68** |
|---|---|---|---|

**Gensco**
**5808 E Sharp Ave**
**Spokane, WA 99212**

Date(s) debt was incurred **2026**

Last 4 digits of account number **9465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **commercial account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,835.96** |
|---|---|---|---|

**Glacier Supply Group LLC**
**401 N Helena St**
**Spokane, WA 99202**

Date(s) debt was incurred **2026**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HVAC distributer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,297.52** |
|---|---|---|---|

**Grainger**
**100 Grainger Pkwy**
**Lake Forest, IL 60045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **current $1,855.86**
**1-30 $275.64**
**31-60 $2,737.60**
**61-90 $55.54**
**91 & over $372.88**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$704,000.00** |
|---|---|---|---|

**Halme Builders**
**27241 State Rt 25 N**
**PO Box 1167**
**Davenport, WA 99122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontract #462002 DSHS Fire Smoie Retrofit**
**#457003 CDRPA Airlift NW Hangar**
**Complaint on SCC Building-Spokane Superior Court casue**
**#2520483032 breach of contract prerformance bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$530.00** |
|---|---|---|---|

**Hiller Companies LLC**
**10311 E Montgomery Dr**
**Spokane, WA 99206**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **fire suppression distributor**

Is the claim subject to offset? ■ No ☐ Yes

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 45 of 89

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,358.75 |

**Insulation Specialists**
**2201 Colony Cir**
**Bryan, TX 77802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**
Last 4 digits of account number _

Basis for the claim: **materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**Intuit Financing**
**PO Box842978**
**Dallas, TX 75284-2978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **loan to Hurliman**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583,871.23 |

**John Hurliman**
**1124 N Peppertree Dr**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2022**
Last 4 digits of account number _

Basis for the claim: **contract on purchase of business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,650.00 |

**Johnson Barrow, Inc**
**549 S Dawson St**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2026**
Last 4 digits of account number _

Basis for the claim: **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,945.00 |

**Johnson Barrow, Inc**
**549 S Dawson St**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**
Last 4 digits of account number _

Basis for the claim: **HVAC supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,888.55 |

**Johnson Controls Building Solutions**
**5757 N Green Bay Ave**
**PO Box 591**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**
Last 4 digits of account number _

Basis for the claim: **current $60,442.87**
**1-30  $1,747.53**
**61-90 $35,698.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,638.67 |

**Johnstone Supply**
**509 E 3rd Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **25-2026**
Last 4 digits of account number _

Basis for the claim: **31-60 $1,305.72**
**61-90 $1,294.42**
**91& over $74,038.53**

Is the claim subject to offset? ■ No ☐ Yes

---

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 46 of 89

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,703.36** |

**JU Contracting**
**53 E Rich**
**Spokane, WA 99207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2026**
Last 4 digits of account number _

Basis for the claim:  **1-30 $1,750.00**
**61-90 $1,478.36**
**91 and over $1,475.00**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73,172.67** |

**K Fox Insulation Inc**
**5917 195th St NE Unit 8**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **current $15,914.13**
**1-30   $15,354.37**
**31-60  $16,335.07**
**61-90 $137.25**
**90& over $25,431.85**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,675.00** |

**Kartchner Engineering**
**101 S Stevens St Suite 201**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/2026**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,580.63** |

**Lennox Industries Inc**
**2710 E Ferry Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-March 2026**
Last 4 digits of account number _

Basis for the claim:  **current $17,315.37**
**1-30 $32,152.44**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Leone & Keeble, Inc**
**108 W Boone**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **possible amounts owed on resolved projects**
**Inchelium School Mod project and Inchelium Senior Meal Site Project**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700,000.00** |

**Lon Gienger**
**PO Box 625**
**950 Via Kachess Rd**
**Easton, WA 98925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 1, 2022**
Last 4 digits of account number _

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$462.76** |
|---|---|---|---|

**M and L Supply**
**4114 E Ferry Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  parts**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$707.58** |
|---|---|---|---|

**MacArthur Co**
**6015 E Broadway**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  material supplier**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mangum Construction**
**1451 Bridge St**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2026**

**Basis for the claim:  possible amounts owing for resolved projects**
**LCSC Sam Glen Lab and UI Food Research Project**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,445.00** |
|---|---|---|---|

**Marsh & McLennon Agency**
**1166 Avenue of the Americas**
**New York, NY 10036-2708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025-2026**

**Basis for the claim:  31-60  $831.11**
**61-90 $14,069.00**
**91and over $37,545.00**
**Rimbusement on bond claims**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104,100.00** |
|---|---|---|---|

**Mechanical Sales Inc**
**521 S Brandon St**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melinda E Little**
**c/0 Craig Swapp & Associates**
**16201 E Indiana Ave #1900**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  accident with employee Robert Cook**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Merchants Bonding Co**
**6700 Westown Pkwy**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  insurance premium**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Minuteman Press**<br>**4201 E Trent Ave**<br>**Spokane, WA 99202**<br><br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  commercial printing**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,520.98** |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Morts Dust & Erosion Control**<br>**12301 E Empire Ave**<br>**Spokane, WA 99216**<br><br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,677.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**NACM Business Credit Services**<br>**2201 SW 152 nd St**<br>**Seattle, WA 98166**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  0880** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Collection for Air Commodities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$110,291.59** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Napa Auto Parts**<br>**9707 E Sprague Ave**<br>**Spokane, WA 99206**<br><br>**Date(s) debt was incurred  2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$643.50** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Newport Towing**<br>**137 S Newport Ave**<br>**Newport, WA 99156**<br><br>**Date(s) debt was incurred  2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  towing**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$553.72** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Norco Inc**<br>**520 E North Foothills Dr #300**<br>**Spokane, WA 99207**<br><br>**Date(s) debt was incurred  2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$303.92** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Nords Electric Supply**<br>**1730 W  Sharp Avenue**<br>**Spokane, WA 99201**<br><br>**Date(s) debt was incurred  March 2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Electrical supplies**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,578.33** |

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 49 of 89

**3.70** | **Nonpriority creditor's name and mailing address**
**Norfolk Iron & Metal**
**3900 E Broadway Ave**
**Spokane, WA 99202**

Date(s) debt was incurred  **2026**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1-30  $312.28**
**31-60 $9,185.23**
**60-90 $6,370.10**

Is the claim subject to offset?  ■ No  ☐ Yes

**$15,867.61**

---

**3.71** | **Nonpriority creditor's name and mailing address**
**Northwest Bank**
**1745 W Tilford Lane**
**Coeur D Alene, ID 83814-7062**

Date(s) debt was incurred  **May 1, 2022**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan guaranteed by Lon Geinger**

Is the claim subject to offset?  ■ No  ☐ Yes

**$301,701.81**

---

**3.72** | **Nonpriority creditor's name and mailing address**
**Northwest HVAC / R Assoc  Training**
**204 E Nora Ave**
**Spokane, WA 99207**

Date(s) debt was incurred  **02/2026**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **training**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,952.62**

---

**3.73** | **Nonpriority creditor's name and mailing address**
**Pacific Mobile Structures**
**13806 45th Ave NE**
**Marysville, WA 98271**

Date(s) debt was incurred  **2026**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,900.01**

---

**3.74** | **Nonpriority creditor's name and mailing address**
**Pacific Office Automation**
**345 E Third Ave**
**Spokane, WA 99202**

Date(s) debt was incurred  **March 2026**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,665.79**

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Pape Machinery**
**PO Box 35144 #5077**
**Seattle, WA 98124-5144**

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,335.66**

---

**3.76** | **Nonpriority creditor's name and mailing address**
**Plumb Tech c/o Geinger**
**5515 Skyview Dr**
**Missoula, MT 59803**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan to Hurliman, HVAC**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,102.96**

---

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 50 of 89

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Pomp's Tire Service**<br>**1505 N Hough St**<br>**Spokane, WA 99212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$226.00** |
|---|---|---|---|
| | **Progressive Insurance Corporation**<br>**Attn: Bankruptcy Dept**<br>**6300 Wilson Mills Road**<br>**Mayfield Village, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2025** | **Basis for the claim:** **premium** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,483.47** |
|---|---|---|---|
| | **Pure Filtration Products**<br>**4008 E Broadway**<br>**Spokane, WA 99202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **February 2026** | **Basis for the claim:** **filter products** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,617.88** |
|---|---|---|---|
| | **Quadient Leasing USA Inc**<br>**478 Wheelers Farm Road**<br>**Milford, CT 06461-9139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **25-26** | **Basis for the claim:** **mailing service** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,150.00** |
|---|---|---|---|
| | **Revenite Inc**<br>**300 N Mullan ste 201**<br>**Spokane, WA 99206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/2026** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,315.00** |
|---|---|---|---|
| | **Riley Engineering**<br>**2001 W Johanson Road**<br>**Spokane, WA 99206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **30-60 $878.75**<br>**61-90 $14,700.00**<br>**91 and over $4,736.25** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Robert Cook**<br>**C/O KSB Litigation**<br>**510 W Riverside #300**<br>**Spokane, WA 99201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 51 of 89

**3.84**

**Nonpriority creditor's name and mailing address**
**Sheet Metal Worker National Pension**
**3180 Fairview Park Dr Ste 400**
**Falls Church, VA 22042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **1-30 $11,693.40**
**31-60 $7,016.04**

Is the claim subject to offset? ■ No ☐ Yes

**$18,709.44**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Spokane Forklift & Construction Eq**
**4907 E Trent Ave**
**Spokane, WA 99212**

Date(s) debt was incurred **2026**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

**$510.77**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Spokane House of Hose**
**5520 E Sprague Ave**
**Spokane, WA 99212**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1.68**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Spokane Power Tool**
**801 E Spokane Falls Blvd**
**Spokane, WA 99202**

Date(s) debt was incurred **12/2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **tool repair**

Is the claim subject to offset? ■ No ☐ Yes

**$11.38**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Spokane Valley Chamber of Commerce**
**10808 E Sprague**
**Spokane, WA 99206**

Date(s) debt was incurred **2/2026**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **membership**

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.50**

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Susitna LLC**
**c/o Matthew T. Ries Stamper Rubens**
**720 W Boone #200**
**Spokane, WA 99201**

Date(s) debt was incurred **ongoing lease**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **commerical lease of 515 S Dishman Mica Rd,**
**Spokane WA 99206 February rent and balanceof lease up to one year**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Swiss Re Corporate Solutions**
**450 Alaskan Way S #200**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,971.57**

**T Martin Construction Services**
**15612 N Little Spokane Dr**
**Spokane, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,250.00**

**Tanz Mechanical Insulation**
**PO Box 755**
**Mead, WA 99021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,792.00**

**TestComm**
**2211 E Sprague**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$509.64**

**Thermal Supply Co**
**717 S Lander St**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2026**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Tokio Marine HCC-**
**801 S Figueroa St #700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71,058.10**

**Trane Spokane**
**11002 E Montgomery Dr #500**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$847.73**

**ULINE**
**PO BOX 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 53 of 89

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,481.00 |

**Unum Colonial Insurance**
**PO Box 100158**
**Columbia, SC 29202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,408.94 |

**US BANK CARD SERVICES**
**PO BOX 6335**
**FARGO, ND 58125-6335**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**VacTech Carpet Upholst. Cleaning**
**4012 N Pittsburg**
**Spokane, WA 99207-4441**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Contractors Indemnity Comp**<br>**Williams Kastner & Gibbs PLLC**<br>**601 Union Street, Suite 4100**<br>**Seattle, WA 98101** | Line **3.95**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Contractors Indemnity Grou**<br>**801 S Figueroa St #700**<br>**Los Angeles, CA 90017** | Line **3.95**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brogan Lammli PC**<br>**3204 W Benjamin #100**<br>**Norfolk, NE 68701** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CAINE & WEINER**<br>**PO BOX 5010**<br>**WOODLAND HILLS, CA 91365-5010** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Caitlin Kauffman**<br>**McKanna Bishop Joffe**<br>**1635 NW Johnson St**<br>**Portland, OR 97209** | Line **2.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Craig Swapp & Associates**<br>**16201 E Indiana Ste 1900**<br>**Spokane, WA 99216** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |

26-00501-FPC7     Doc 1     Filed 03/20/26     Entered 03/20/26 15:50:13     Pg 54 of 89

| Debtor | Hurliman HVAC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **IDAHO STATE TAX COMMISSION**<br>**PO BOX 36**<br>**BOISE, ID 83722** | Line **2.20**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jonathan Baner**<br>**Attorney at Law**<br>**2201 SW 152nd St**<br>**Seattle, WA 98166** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **KSB Litigation PS**<br>**510 W Riverside #300**<br>**Spokane, WA 99201** | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Lon Gienger**<br>**PO Box 625**<br>**950 Via Kachess Rd**<br>**Easton, WA 98925** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Marsh & McLennon Agency**<br>**390 Bradley Blvd**<br>**Richland, WA 99352** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,437,095.19 |
| **5b. Total claims from Part 2** | 5b. **+** | $ 4,681,249.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,118,345.18 |

26-00501-FPC7　　Doc 1　　Filed 03/20/26　　Entered 03/20/26 15:50:13　　Pg 55 of 89

**Fill in this information to identify the case:**

Debtor name   **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **commercial lease of 515 S Dishman Mica Road, Spokane Valley 99206** | |
| | State the term remaining | | **Susitna** |
| | | | **C/o Stamper Rubens** |
| | | | **720 W Boone #200** |
| | List the contract number of any government contract | _____ | **Spokane, WA 99201** |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 56 of 89

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Teliah & Kylon Geinger** | **515 Skyvieww Dr Missoula, MT 59803** | **Northwest Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Teliah & Kylon Geinger** | **515 Skyvieww Dr Missoula, MT 59803** | **Northwest Sheet Metal Workers Trust** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 57 of 89

**Fill in this information to identify the case:**

Debtor name    **Hurliman HVAC, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$15,554,303.89** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business <br> ☐ Other _____ | **$14,165,867.09** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other _____ | **$12,113,731.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 58 of 89

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **GM Financial**<br>**PO Box 1510**<br>**Cockeysville, MD 21030-7510** | **payments on vehicles as due @$3538.89** | **$10,616.67** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Northwest Bank**<br>**1745 W Tilford Lane**<br>**Coeur D Alene, ID 83814-7062** | **monthly SBA loan payments** | **$53,652.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SBA Loan** |
| 3.3. | **IDAHO CENTRAL CREDIT UNION**<br>**PO BOX 2469**<br>**Pocatello, ID 83206-2469** | **payments on secured vehicles monthly at $3276.29** | **$9,828.87** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **John Hurliman**<br>**1124 N Peppertree Dr**<br>**Gilbert, AZ 85234** | **monthly at $9,584.00** | **$19,168.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **balance of purchase of business** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **GM Financial**<br>**PO Box 1510**<br>**Cockeysville, MD 21030-7510** | **2023 Chevy Silverado Pickup Vin 2GC4YREY&P1725235 leased vehicle returned day of filing** | **03/20-2026** | **$21,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

26-00501-FPC7   Doc 1   Filed 03/20/26   Entered 03/20/26 15:50:13   Pg 59 of 89

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Halme Cascade Contracting Company<br>v<br>Hurliman HVAC et al<br>2520483032** | **Breach of Contract re Spokane Community College  Building 8 renovatioon $704,410.98** | **Spokane Superior Court 1116 W Broadway Spokane, WA 99201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Rexel USA Inc<br>v<br>Hurliman HVAC, LLC<br>25-2-01968-32** | **suit againt bond dismissed with prejedice** | **Spokane Superior Court 1116 W Broadway Spokane, WA 99201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Melinda Little<br>v<br>Robert Cook and Hurliman HVAC, LLC<br>25-2-0489532** | **personal injury** | **Spokane Superior Court 1116 W Broadway Spokane, WA 99201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Christopher Norman v Hurliman HVAC, LLC 2600102** | **complaint regarding repair of air conditioner** | **Spokane County District Court PO Box 2352 Spokane, WA 99210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)_. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Elizabeth M. McBride, P.S. Corp.**<br>**28 W Indiana Avenue Ste G**<br>**Spokane, WA 99205** | **Attorney Fees of $8,500.00 plus filing fee of $338.00** | **MARCH 19, 2026** | **$8,500.00** |

Email or website address
**lisa@lisamcbride.com**

Who made the payment, if not debtor?
**Teliah Gienger**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Talon Jones**<br>**826 S lincoln Place**<br>**Spokane, WA 99204** | **2017 Maxx D Trziler Vin 5r8G62026HM048903**<br>**2021 Big T Model 12 Cargo Trailer Vin 16V1D3M04096121**<br>**for wages owed** | **3/18/2026** | **$0.00** |

Relationship to debtor
**employee**

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐  No. Go to Part 10.
    ■  Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Northwest Sheet Metal Workers Welfare Fund** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Northwest Sheet Metal Workers Pension Fund** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Northwest Sheet Metal Workers Supplemental  Pension Trust** | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 63 of 89

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Jennifer S Hill CPA PC** **105 Saint Marys St #100** **Rockwall, TX 75087** | **2022 January to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Teliah & Kylon Geinger** **5515 Skyview Dr** **Missoula, MT 59803** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Teliah Geinger** | **5515 Skyview Dr Missoula, MT 59803** | **Managing Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kylon Geinger** | **5515 Skyview Dr Missoula, MT 59803** | **Managing Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kylon Geinger and Teliah Geinger 5515 Skyview Dr Missoula, MT 59803** | **paid jointly a monthly payment over 12 months which totals $130,000 amount was paid to Black Sheep Holdings LLC as a management fee** | **equal monthly payments of $18,833.33** | **salary** |
| | **Relationship to debtor Managing Members** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Northwest Sheet Metal Workers Welfare Fund Northwest Sheet Metal Workers Pension Fund Northwest Sheet Metal Workers Supplemental Pension Trust** | **EIN:** |

26-00501-FPC7    Doc 1    Filed 03/20/26    Entered 03/20/26 15:50:13    Pg 65 of 89

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 20, 2026**

**/s/ Teliah Gienger**                                    **Teliah Gienger**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re **Hurliman HVAC, LLC**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,500.00** |
| Prior to the filing of this statement I have received | $ | **8,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Teliah Geinger**
   **5515 Skyline Dr**
   **Missoula MT 59803**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
   **Arrangements with secured creditors  to return collateral, representation at creditor meeting and outside contact with creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 20, 2026**
*Date*

**/s/ Elizabeth M. McBride**
**Elizabeth M. McBride 16035**
*Signature of Attorney*
**Elizabeth M. McBride, P.S. Corp.**
**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
**(509) 838-0435  Fax: (509) 327-2810**
**lisa@lisamcbride.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Washington

In re __Hurliman HVAC, LLC__ _____  Case No. _____
Debtor(s)                                    Chapter __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date: __March 20, 2026__ _____          __/s/ Teliah Gienger__ _____
                                                    __Teliah Gienger__/__Managing Member__
                                                    Signer/Title

Hurliman HVAC, LLC
Hurliman HVAC, LLC
c/o Kylon Gienger
5515 Skyview Dr
Missoula, MT 59803


Elizabeth M. McBride
Elizabeth M. McBride, P.S. Corp.
28 W Indiana Avenue Ste G
Spokane, WA 99205


1st Class Office Solutions
713 N Hogan St
Spokane, WA 99202


Abadan Reprographics and Imaging
603 E 2nd Avenue
Spokane, WA 99202


ACI Mechanical and HVAC Sales
3633 E  Rowan Ave
Spokane, WA 99217


Action Fasteners & Supply
15817 E Trent Avenue Ste 101
Spokane, WA 99216


Adrian Hardersen
245 ZN Columbia St
Post Falls, ID 83854-7198


Advanced Technology Construction
3828 E Portland Ave
Tacoma, WA 98404

Air Commander Test & Balance LLC
1521 N Argonne Rd Suite C254
Spokane, WA 99212


Airgas Store
4230 E Trent Ave
Spokane, WA 99202


AirReps
1710 N Calsipel St
Spokane, WA 99205


Alec Christopher Larson
10213 S Greengate Ln
Medical Lake, WA 99022


Ally Bank
PO Box 8128
Cockeysville, MD 21030-8125


Ally Financial
PO Box 8125
Cockeysville, MD 21030-8125


Ally Financial
PO Box 8128
Cockeysville, MD 21030-8125


Alsco
1923 N Waterworks St
Spokane, WA 99212


American Contractors Indemnity Comp
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

American Contractors Indemnity Grou
801 S Figueroa St #700
Los Angeles, CA 90017


Andrew Price
12820 E Mansfield Ave Apt 173
Spokane, WA 99216-5191


Ascent Mecchanical & Plumbing, INC
764 S Clearwater Loop
Post Falls, ID 83854


Associated Builders & Contractors
1760 E Trent Ave.
Spokane, WA 99202


Atkinson AndelsonLoya Ruud & Romo
12800 Center Court Dr Ste 300
Cerritos, CA 90703


Austin Garcia
809 Birch
Coulee Dam, WA 99116


Automated Logic Contracting Service
1150 Roberts Blvd
Kennesaw, GA 30144


Azuga, Inc
2570 1st St Ste 200
San Jose, CA 95131


Baker Construction & DevelopmentInc
2711 E Sprague Ave
Spokane, WA 99202

Barnhart Crane & Rigging
6164 W Bedrock Road
Post Falls, ID 83854


Benjamin Gladhart
9905 N Whittier St
Spokane, WA 99218


Black Sheep Holdings, LLC
5515 Skyview Dr
Missoula, MT 59803


Blake Smith
307 E Liberty Ave
Spokane, WA 99207


Brandon Duford
1001 S Adams Rd
Veradale, WA 99037-9604


Brogan Lammli PC
3204 W Benjamin #100
Norfolk, NE 68701


CAINE & WEINER
PO BOX 5010
WOODLAND HILLS, CA 91365-5010


Caitlin Kauffman
McKanna Bishop Joffe
1635 NW Johnson St
Portland, OR 97209


Cameron Wentz
16102 E Broadway Ave Apt M207
Veradale, WA 99037-9840

Campbell & Bissell PLLC
820 W 7th Ave
Spokane, WA 99204


Charles Oxstien
6897 Wynecoop Cayuse Mountain Rd
Wellpinit, WA 99040-5146


Christopher Norman
3617 S Clinton Rd
Spokane, WA 99206


Church of Jesus Christ of Latter
401 W Regina Ave
Spokane, WA 99218-7000


Codify Solutions


Conseal Containers LLC
3811 E Queen Ave te A
Spokane, WA 99217


Consolidated Electrical Distributor
3333 E Main Ave
Spokane, WA 99202


Control Solutions Northwest, Inc
7222 E Nora Ave
Spokane, WA 99212


Craig Swapp & Associates
16201 E Indiana Ste 1900
Spokane, WA 99216

CTCNA Collection Agent
PO Box 9000
Lutherville Timonium, MD 21094-9000


Darrin Tawney
124 W Central Ave
Spokane, WA 99205-6222


David Azar
10205 E Main Ave Apt 34
Spokane, WA 99206-3758


Dept of Labor and Industries
PO Box 44460
Olympia, WA 98504-4460


Divvy Credit
6220 American Center Dr Suite 100
Alviso, CA 95002


Dorse and Company, Inc
5000 1st Ave S
Seattle, WA 98134


Douglas Bloomquist
1628 E Nebraska Ave
Spokane, WA 99208


DUNN & BLACK PS
BANNER BANK BLDG
111 N POST STE 300
SPOKANE, WA 99201


Eric Anderson
1624 N Bowdish Rd #A205
Spokane, WA 99206

Exchange Publishing LLC
PO Box 11813
Spokane, WA 99211


Ferguson Enterprises Airefco
2304 N Dollar Rd
Spokane, WA 99212


Filterbuy
101 Pope St
Talladega, AL 35160


Fire Protection Specialists
1611 N Molter Rd Ste 202
Liberty Lake, WA 99019


First Advantage
1 Concourse Pkwy Ste 200
Atlanta, GA 30328


FR Technologies


Friedrich & Dishaw PLLC
92 Lenora St #119
Seattle, WA 98121


Gabriel Meyer
11716 E Cataldo
Spokane Valley, WA 99206-4922


Gensco
5808 E Sharp Ave
Spokane, WA 99212

Glacier Supply Group LLC
401 N Helena St
Spokane, WA 99202


GM FINANCIAL
PO BOX 1510
Cockeysville, MD 21030-7510


Grainger
100 Grainger Pkwy
Lake Forest, IL 60045


Gregory Lawson
902 E 5th Ave
Spokane, WA 99202-2304


Halme Builders
27241 State Rt 25 N
PO Box 1167
Davenport, WA 99122


Hilarino Rodriguez Garcia
4724 N Belt St
Spokane, WA 99205-5665


Hiller Companies LLC
10311 E Montgomery Dr
Spokane, WA 99206


IDAHO CENTRAL CREDIT UNION
PO BOX 2469
Pocatello, ID 83206-2469

Idaho State Tax Commission
Collection Division
PO Box 1014
Lewiston, ID 83501-1014


IDAHO STATE TAX COMMISSION
PO BOX 36
BOISE, ID 83722


Insulation Specialists
2201 Colony Cir
Bryan, TX 77802


Intuit Financing
PO Box842978
Dallas, TX 75284-2978


Isaac Roberts
523 E Emma St
Rockford, WA 99030


Jacob Richards
W813 Carlisle Ave
Spokane, WA 99205


Jaiden McGraw
1608 South Riverton Ave
Spokane, WA 99207-5152


Jamie Medcalf
302 W Auburn Crest Ct
Spokane, WA 99224

Jason Ayres
Foster Garvey PC
121 SW Morrison St 11th Floor
Portland, OR 97204


Jason Gamache
303 W Cascade Way
Spokane, WA 99208-6007


Jeffrey Sheehan
24505 S Pine Spring Rd
Cheney, WA 99004-8861


Jeremy Hall
8519 W Dahl Rd
Deer Park, WA 99006-9589


John Hurliman
1124 N Peppertree Dr
Gilbert, AZ 85234


Johnson Barrow, Inc
549 S Dawson St
Seattle, WA 98108


Johnson Controls Building Solutions
5757 N Green Bay Ave
PO Box 591
Milwaukee, WI 53201


Johnstone Supply
509 E 3rd Ave
Spokane, WA 99202

Jonah Gartner
2000 N Winrock St
Liberty Lake, WA 99019-5130


Jonathan Baner
Attorney at Law
2201 SW 152nd St
Seattle, WA 98166


JU Contracting
53 E Rich
Spokane, WA 99207


K Fox Insulation Inc
5917 195th St NE Unit 8
Arlington, WA 98223


Kartchner Engineering
101 S Stevens St Suite 201
Spokane, WA 99201


KSB Litigation PS
510 W Riverside #300
Spokane, WA 99201


Kyle Miller
515 E Frisbie Way
Rockford, WA 99030-9726


Laura Velazquez-Diadone
824 Steptoe View Ln
Cheney, WA 99004-8007


Lennox Industries Inc
2710 E Ferry Ave
Spokane, WA 99202

Leone & Keeble, Inc
108 W Boone
Spokane, WA 99201


Lon Gienger
PO Box 625
950 Via Kachess Rd
Easton, WA 98925


M and L Supply
4114 E Ferry Ave
Spokane, WA 99202


MacArthur Co
6015 E Broadway
Spokane, WA 99212


Mangum Construction
1451 Bridge St
Clarkston, WA 99403


Marsh & McLennon Agency
1166 Avenue of the Americas
New York, NY 10036-2708


Marsh & McLennon Agency
390 Bradley Blvd
Richland, WA 99352


Mathew Driscoll
215 S Conklin Rd Apt B11
Spokane Valley, WA 99037-0045


Mechanical Sales Inc
521 S Brandon St
Seattle, WA 98108

Melinda E Little
c/0 Craig Swapp & Associates
16201 E Indiana Ave #1900
Spokane, WA 99216


Merchants Bonding Co
6700 Westown Pkwy
West Des Moines, IA 50266


Mihail Alexander Pankov
4005 E Rich Ave
Spokane, WA 99217-6763


Minuteman Press
4201 E Trent Ave
Spokane, WA 99202


Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673-1219


Morts Dust & Erosion Control
12301 E Empire Ave
Spokane, WA 99216


NACM Business Credit Services
2201 SW 152 nd St
Seattle, WA 98166


Napa Auto Parts
9707 E Sprague Ave
Spokane, WA 99206


Navitas Credit Corp
201 Executive Center Dr Suite 100
Columbia, SC 29210-8410

Neil Gomez
1513 N Wilbur Rd
Spokane, WA 99206


Newport Towing
137 S Newport Ave
Newport, WA 99156


Norco Inc
520 E North Foothills Dr #300
Spokane, WA 99207


Nords Electric Supply
1730 W  Sharp Avenue
Spokane, WA 99201


Norfolk Iron & Metal
3900 E Broadway Ave
Spokane, WA 99202


Northwest Bank
1745 W Tilford Lane
Coeur D Alene, ID 83814-7062


Northwest Bank
4900 Meadows Road  Ste 410
Lake Oswego, OR 97035


Northwest HVAC / R Assoc  Training
204 E Nora Ave
Spokane, WA 99207


Northwest Sheet Metal Workers Trust
1322 N Post Place
Spokane, WA 99201

Pacific Mobile Structures
13806 45th Ave NE
Marysville, WA 98271


Pacific Office Automation
345 E Third Ave
Spokane, WA 99202


Pape Machinery
PO Box 35144 #5077
Seattle, WA 98124-5144


Paul Patrick Drew
403 S Eastern Rd
Spokane Valley, WA 99212-5011


Plumb Tech c/o Geinger
5515 Skyview Dr
Missoula, MT 59803


Pomp's Tire Service
1505 N Hough St
Spokane, WA 99212


Progressive Insurance Corporation
Attn: Bankruptcy Dept
6300 Wilson Mills Road
Mayfield Village, OH 44143


Pure Filtration Products
4008 E Broadway
Spokane, WA 99202


Quadient Leasing USA Inc
478 Wheelers Farm Road
Milford, CT 06461-9139

Raymond Terrill
1040 N Shannon Ln
Post Falls, ID 83854-6009


Revenite Inc
300 N Mullan ste 201
Spokane, WA 99206


Riley Engineering
2001 W Johanson Road
Spokane, WA 99206


Robert Cook
C/O KSB Litigation
510 W Riverside #300
Spokane, WA 99201


Robert Cook
12016 N Greene St
Mead, WA 99021-6023


Sean Middleton
1003 E Everett Ave
Spokane, WA 99207-3328


Sheet Metal Worker National Pension
3180 Fairview Park Dr Ste 400
Falls Church, VA 22042


SPOKANE COUNTY TREASURER
PO Box 199
Spokane, WA 99210-0199


Spokane Forklift & Construction Eq
4907 E Trent Ave
Spokane, WA 99212

Spokane House of Hose
5520 E Sprague Ave
Spokane, WA 99212


Spokane Power Tool
801 E Spokane Falls Blvd
Spokane, WA 99202


Spokane Valley Chamber of Commerce
10808 E Sprague
Spokane, WA 99206


Stephen Lenneman
5961 N Pinegrove Dr
Coeur D Alene, ID 83815-8986


Susitna
C/o Stamper Rubens
720 W Boone #200
Spokane, WA 99201


Susitna LLC
c/o Matthew T. Ries Stamper Rubens
720 W Boone #200
Spokane, WA 99201


Swiss Re Corporate Solutions
450 Alaskan Way S #200
Seattle, WA 98104


T Martin Construction Services
15612 N Little Spokane Dr
Spokane, WA 99208

Talon Jones
826 S Lincoln Pl
Spokane, WA 99204-2920


Tanz Mechanical Insulation
PO Box 755
Mead, WA 99021


Teliah & Kylon Geinger
515 Skyvieww Dr
Missoula, MT 59803


TestComm
2211 E Sprague
Spokane, WA 99202


Thermal Supply Co
717 S Lander St
Seattle, WA 98134


Tokio Marine HCC-
801 S Figueroa St #700
Los Angeles, CA 90017


Trane Spokane
11002 E Montgomery Dr #500
Spokane, WA 99206


Tyson Cooper
210 S Hallett St
Medical Lake, WA 99022-8108


ULINE
PO BOX 88741
Chicago, IL 60680-1741

Unum Colonial Insurance
PO Box 100158
Columbia, SC 29202


US Bank
PO Box 679
Wilmington, OH 45177-0679


US Bank
PO Box 4493
Portland, OR 97208-4493


US BANK CARD SERVICES
PO BOX 6335
FARGO, ND 58125-6335


US Bank Equipment Finance
PO Box 709448
Saint Louis, MO 63179


US Bank National Association
1850 Osborn Ave
Oshkosh, WI 54902-6197


US SMALL BUSINESS ADMIN
ATTN: DISTRICT COUNSEL
2401 FOURTH AVE STE 450
SEATTLE, WA 98121


US SMALL BUSINESS ADMIN
National Disaster Loan Resolution C
200 W Santa Ana Blvd Ste 740
Santa Ana, CA 92701

US Small Business Administration
PO Box 3918
Portland, OR 97208-3918


VacTech Carpet Upholst. Cleaning
4012 N Pittsburg
Spokane, WA 99207-4441


WASHINGTON ST  DEPT OF REVENUE
PO BOX 34052
SEATTLE, WA 98124-1052

# United States Bankruptcy Court
## Eastern District of Washington

In re **Hurliman HVAC, LLC** _____
Debtor(s)

Case No. _____
Chapter **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hurliman HVAC, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 20, 2026** _____
Date

**/s/ Elizabeth M. McBride** _____
**Elizabeth M. McBride 16035**
Signature of Attorney or Litigant
Counsel for **Hurliman HVAC, LLC** _____
**Elizabeth M. McBride, P.S. Corp.**
**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
**(509) 838-0435 Fax:(509) 327-2810**
**lisa@lisamcbride.com**