Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 596-4856
Fax (206) 274-4902
Attorney for Creditor

The Honorable Frederick P. Corbit
Chapter 7
Response Date: November 16, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 26-00501-FPC7 |
| Hurliman HVAC, LLC | Chapter 7 |
| Debtor | MOTION FOR RELIEF FROM STAY |

U.S. Bank National Association ("Creditor") moves the court for an order terminating the automatic stay pursuant to 11 U.S.C. Section 362(d) to permit it to take any and all actions necessary to sell the following described personal property and apply the proceeds to obligations owed Creditor for purchase of a 2017 Chevrolet Comm Medium Duty Car VIN: 1GCWGAFF1H1164628 (the "Vehicle"). Creditor also moves the court for waiver of the stay of enforcement otherwise imposed by F.R.B.P 4001(a)(4)

The Debtor purchased the Vehicle under the U.S. Bank Business Quick Loan Note with Personal Guaranty dated July 15, 2022, attached to the declaration on file with the court as Exhibit "1" and incorporated by this reference.

Creditor has a valid and perfected security interest in the Vehicle as shown on Exhibit "2" to the declaration on file with the court.

The contract provided for 59 monthly payments of $573.91 at 5.49%. The contract is past due for February 27, 2026 and all subsequent payments. The total amount past due under the contract is approximately $5,051.28 as of October 6, 2026.

It is not known what, if any, equity there is in the Vehicle as Creditor has not had the opportunity to inspect the Vehicle and does not have information on the Vehicle's condition. However, as of October 6, 2026, the outstanding balance due to Creditor is $10,590.66 and the estimated value of the Vehicle is $10,425.00.

Under 11 U.S.C. § 362(d)(2), on request of a party in interest, the stay shall be terminated if there is no equity in the property and the property is not necessary for an effective re-organization. In the case at bar, as described above there is no equity in the Vehicle and as the Debtor has chosen to liquidate under Chapter 7, there is no re-organization element for which the Vehicle can be necessary.

Under 11 U.S.C. § 362(d)(1), on request of a party in interest, the stay shall also be terminated for cause, including the lack of adequate protection. In the case at bar, the value of the debt exceeds the value of the Vehicle and thus Creditor lacks adequate protection and there is cause to terminate the stay.

THEREFORE, Creditor requests this Court enter an order terminating the automatic stay so that Creditor may be allowed to take any and all actions necessary to sell the Vehicle and apply the proceeds to the balance owing to Creditor.

Dated: October 29, 2026

McCarthy & Holthus, LLP

/s/ Lance E. Olsen

Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Attorney for Creditor



McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

## CERTIFICATE OF SERVICE

On 10/29/2026, I served the foregoing **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ALL EXHIBITS SUPPORTING THE MOTION AND DECLARATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**
John D Munding
John@mundinglaw.com

**DEBTOR'S COUNSEL**
Elizabeth M McBride
lisa@lisamcbride.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 10/29/2026, I served the foregoing **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ALL EXHIBITS SUPPORTING THE MOTION AND DECLARATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Hurliman HVAC, LLC, Hurliman HVAC, LLC, c/o Kylon Gienger, 5515 Skyview Dr, Missoula, MT 59803

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh