Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
Phone (206) 596-4856
Fax (206) 274-4902
Attorney for Movant

The Honorable Frederick P. Corbit
Response Date: November 16, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Hurliman HVAC, LLC<br><br>Debtor | Case No.: 26-00501-FPC7<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

PLEASE TAKE NOTICE that U.S. Bank National Association has requested relief from the automatic stay as to its security interest regarding the 2017 Chevrolet Comm Medium Duty Car VIN: 1GCWGAFF1H1164628 ("Vehicle"). Creditor further request that, absent objection and for the cause shown in the filed Motion for Relief from Automatic Stay, that the stay provisions of F.R.B.P. 4001(a)(4) be waived and that any Order that enters terminating the automatic stay be effective immediately.

This motion is based on 11 U.S.C. § 362(d).

IF YOU OBJECT TO THIS REQUEST, you must respond within seventeen (17) days of the date of this notice. Objections shall be served upon the Clerk of the United States Bankruptcy Court at P.O. Box 2164, Spokane, Washington 99210-2164 or electronically as may

be allowed and upon counsel for the moving party, McCarthy & Holthus, LLP at 108 1st Avenue South, Suite 300, Seattle, Washington or electronically as provided by the appropriate local rules.

Creditor's interest in the Vehicle is based on a security interest in the Vehicle. As of October 6 2026, the approximate balance owing is $10,590.66. The fair market value of the Vehicle is approximately $10,425.00. On information and belief, Creditor is the only lienholder.

PLEASE NOTE THAT IF YOU FAIL TO OBJECT WITHIN 17 DAYS OF THE DATE OF THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING OR NOTICE.

Dated: October 29, 2026

McCarthy & Holthus LLP

/s/ Lance E. Olsen

Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Attorneys for Movant



McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856