The Honorable Frederick P. Corbit
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Hurliman HVAC, LLC<br><br>Debtor. | Case No.: 26-00501-FPC7<br><br>Chapter 7<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY |

## DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Travis Payne, declare under penalty of perjury as follows:

1. I am a officer of U.S. Bank National Association ("Movant") and am authorized to sign this declaration on behalf of Movant, as movant ("Movant") with respect to a certain loan (the "Loan") provided to Debtor, which Loan is evidenced by the Contract (defined below) and secured by the Title (defined below). This Declaration is provided in support of the Motion for Relief from Stay filed by Movant in this proceeding (the "Motion").

2. As part of my job responsibilities for Movant, I am familiar with the types of records maintained by Movant in connection with the Loan and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Movant that pertain to the Loan given to Debtor concerning the Vehicle (defined below).

3. The information in this declaration is taken from Movant's business records regarding the Loan. I have personal knowledge of Movant's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Movant's



McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 400
Seattle, WA 98104
(206) 319-9100

regularly conducted business activities; and (c) it is the regular practice of Movant to make such records. I have personal knowledge of and prior to executing this declaration reviewed the books, records and files of Movant with respect to the Loan that is the subject of the Motion.

4. The Debtor, Hurliman HVAC, LLC, purchased a 2017 Chevrolet Comm Medium Duty Car VIN: 1GCWGAFF1H1164628 (the "Vehicle"), under the U.S. Bank Business Quick Loan Note with Personal Guaranty (the "Contract") dated July 15, 2022 and attached hereto as **Exhibit "1"**.

5. Movant has a valid and perfected security interest in the Vehicle as shown on the WA Online Vehicle Report (the "Title") attached hereto as **Exhibit "2"**.

6. As of October 6, 2026, the total indebtedness is $10,590.66.

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Contract that have been missed by the Debtor as of October 6, 2026:

| **Number of Missed Payments** | **From** | **To** | **Monthly Payment Amount** | **Total Amounts Delinquent** |
|---|---|---|---|---|
| 8 | 2/27/2026 | 9/27/2026 | $573.91 | $4,591.28 |
| Late charges | | | | $15.00 |
| Respossession and Storage Costs | | | | $445.00 |
| Less partial payments (suspense balance): | | | | $5,051.28 |

**Total: $5,051.28**

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of October, 2026.

[signature]

Name Travis Payne
Title: officer



McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 400
Seattle, WA 98104
(206) 319-9100