UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Hurliman HVAC, LLC,<br><br>Debtors. | Case No. 26-00501-FPC7<br><br>Chapter 7<br><br>**[PROPOSED]**<br>ORDER TERMINATING THE AUTOMATIC STAY |

This matter came before the Court on the Motion for Relief from Automatic Stay filed by U.S. Bank National Association ("Movant"). Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the personal property described as: 2017 Chevrolet Comm Medium Duty Car VIN: 1GCWGAFF1H1164628 (the "Vehicle").

2. The automatic stay is terminated as to Movant. Movant may pursue all remedies under state law to enforce its security interest in the Vehicle and/or as to enforcement of the U.S. Bank Business Quick Loan Note with Personal Guaranty that is the subject of Movant's motion.

3. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter.

/ / / END OF ORDER / / /

Submitted by:

McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA# 25130
Michael S. Scott WSBA# 28501
Attorneys for Movant